(102 So. 920)

Elijah BURNETT v. STATE. (5 Div. 549.) (Court of Appeals of Alabama. Nov. 25, 1924.) Appeal from Circuit Court, Tallapoosa County; N. D. Denson, Judge. Violating prohibition law.

FOSTER, J. Affirmed.

---

(101 So. 922)

Martin BURNS v. STATE. (1 Div. 603.) (Court of Appeals of Alabama. Nov. 18, 1924.) Appeal from Circuit Court, Mobile County; Claude A. Grayson, Judge. Violating prohibition law.

SAMFORD, J. Affirmed.

---

(101 So. 922)

Martin BURNS v. STATE. (1 Div. 604.) (Court of Appeals of Alabama. Nov. 18, 1924.) Appeal from Circuit Court, Mobile County; Saffold Berney, Judge. Violating prohibition law.

FOSTER, J. There is no bill of exceptions. The record fails to disclose error, and the judgment is affirmed.

---

(102 So. 920)

O. C. CALDWELL v. W. J. WILSON et al. (7 Div. 53.) (Court of Appeals of Alabama. Jan. 20, 1925.) Appeal from Circuit Court, St. Clair County; O. A. Steele, Judge.

BRICKEN, P. J. Appeal dismissed by appellant.

---

(102 So. 920)

Bud CARTER v. STATE. (8 Div. 302.) (Court of Appeals of Alabama. Feb. 3, 1925.) Appeal from Circuit Court, Madison County; James E. Horton, Jr., Judge. Violating prohibition law.

SAMFORD, J. Affirmed.

---

(103 So. 923)

W. H. B. CHANNELL v. CITY OF TUSCALOOSA. (6 Div. 693.) (Court of Appeals of Alabama. April 21, 1925.) Appeal from Circuit Court, Tuscaloosa County; Fleetwood Rice, Judge. Violating prohibition ordinance.

PER CURIAM. Appeal abated by death of appellant.

---

(104 So. 919)

Burton CHANNELL v. STATE. (6 Div. 671.) (Court of Appeals of Alabama. May 12, 1925.) Appeal from Circuit Court, Tuscaloosa County; Fleetwood Rice, Judge. Violating prohibition law.

BRICKEN, P. J. Abated on account of death of appellant.

---

(104 So. 919)

Lee CHATMAN v. CITY OF BIRMINGHAM. (6 Div. 707.) (Court of Appeals of Alabama. April 23, 1925.) Appeal from Circuit Court, Jefferson County; Fleetwood Rice, Judge. Violating prohibition law.

PER CURIAM. Appeal dismissed for want of prosecution.

---

(100 So. 924)

CITY OF BRIDGEPORT v. G. F. IVEY. (8 Div. 135.) (Court of Appeals of Alabama. May 22, 1924.) Appeal from Circuit Court, Jackson County; W. W. Haralson, Judge.

PER CURIAM. Appeal dismissed for want of prosecution.

---

(104 So. 919)

Al CLEMONS v. STATE. (2 Div. 336.) (Court of Appeals of Alabama. June 9, 1925.) Appeal from Circuit Court, Bibb County; S. F. Hobbs, Judge. Distilling.

RICE, J. Appeal dismissed on motion of Attorney General.

---

(102 So. 920)

Joseph B. CLOUD et al. v. LINDSEY LBR. & EXP. CO. (1 Div. 613.) (Court of Appeals of Alabama. Jan. 13, 1925.) Appeal from Circuit Court, Mobile County; Saffold Berney, Judge. Harry T. Smith & Caffey, of Mobile, for. appellants. R. P. Roach, of Mobile, for appellee.

SAMFORD, J. Action on the common counts. From a judgment for defendant, plaintiffs appeal. The identical questions involved on this appeal were litigated before and decided by the Supreme Court in Cloud et al. v. Dean et al., 212 Ala. 305, 102 So. 437. On the authority of that case, the judgment in this case is reversed, and the cause is remanded. Reversed and remanded.

---

(102 So. 920)

Will COHEN v. STATE. (6 Div. 495.) (Court of Appeals of Alabama. Dec. 16, 1924.) Appeal from Circuit Court, Jefferson County; H. P. Heflin, Judge. Buying, receiving, or concealing stolen property.

BRICKEN, P. J. Appeal dismissed.

---

(104 So. 919)

Henry COKER v. STATE. (5 Div. 578.) (Court of Appeals of Alabama. May 26, 1925.) Appeal from Circuit Court, Tallapoosa County; S. L. Brewer, Judge.

RICE, J. Affirmed.